SUSAN J. COLVILLE, Individually and as Administratrix, etc., of THOMAS D. H. COLVILLE, Deceased, Appellant, v. ELIZABETH R. HANS, as Executrix, etc., of ROBERT KERR COLVILLE, Deceased, Respondent.— In an action between the plaintiff, individually and as the representative of a decedent, and the executrix of a brother of the said decedent for services allegedly rendered to defendant's testator, plaintiff appeals from a judgment entered on the dismissal of the complaint after trial. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.